Exhibit A
90 Day Disbursements
Bankruptcy Case No. 17-12560

| Debtor | Bank Account | Check Date | Clear Date | Ck. No. | Name | Memo | Amount |
|---|---|---|---|---|---|---|---|
| Woodbridge Group of Companies, LLC | 1894818192 | 08/23/17 | 09/05/17 | 52298 | BENTLEY CAPITAL GROUP LLC | AUG | $ 2,000.00 |
| Woodbridge Group of Companies, LLC | Payroll | 09/08/17 | 09/08/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 09/15/17 | 09/15/17 | Payroll | RICHARD SALVATO | | 4,813.40 |
| Woodbridge Group of Companies, LLC | Payroll | 09/22/17 | 09/22/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 09/29/17 | 09/29/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 10/06/17 | 10/06/17 | Payroll | RICHARD SALVATO | | 4,811.40 |
| Woodbridge Group of Companies, LLC | Payroll | 10/13/17 | 10/13/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 10/13/17 | 10/13/17 | Payroll | RICHARD SALVATO | | 10,000.00 |
| Woodbridge Group of Companies, LLC | 1894818192 | 09/21/17 | 10/16/17 | 52507 | BENTLEY CAPITAL GROUP LLC | SEP | 2,000.00 |
| Woodbridge Group of Companies, LLC | Payroll | 10/20/17 | 10/20/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 10/27/17 | 10/27/17 | Payroll | RICHARD SALVATO | | 4,812.40 |
| Woodbridge Group of Companies, LLC | Payroll | 11/03/17 | 11/03/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | 1894818192 | 10/20/17 | 11/06/17 | 52735 | BENTLEY CAPITAL GROUP LLC | OCT | 2,000.00 |
| Woodbridge Group of Companies, LLC | Payroll | 11/10/17 | 11/10/17 | Payroll | RICHARD SALVATO | | 5,169.96 |
| Woodbridge Group of Companies, LLC | Payroll | 11/17/17 | 11/17/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | Payroll | 11/24/17 | 11/24/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| Woodbridge Group of Companies, LLC | 1894818192 | 11/29/17 | 11/29/17 | WIRE | BENTLEY CAPITAL GROUP LLC | | 120,000.00 |
| Woodbridge Group of Companies, LLC | Payroll | 12/01/17 | 12/01/17 | Payroll | RICHARD SALVATO | | 4,728.40 |
| | | | | | | | $ 198,162.76 |